**FILED**
OCT 1 1 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Warren H. Allen, Jr., )
)
    Plaintiff, )
)
    v. ) Civil Action No. **12 1676**
)
Secretary of Veterans Affairs )
Eric Shinseki, )
)
    Defendant. )
)

MEMORANDUM OPINION

This matter is before the Court on the plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of a case when jurisdiction is found wanting).

The plaintiff sues the Secretary of Veterans Affairs to collect his "pension with . . . 13 years['] back pay." Complaint at 1. "The district courts shall not have jurisdiction under this section ["United States as defendant"] of any civil action or claim for a pension." 28 U.S.C. § 1346(d) (2011). Therefore, this action will be dismissed. A separate Order accompanies this Memorandum Opinion.

DATE: October 10th, 2012

/s/ Reggie B. Walton
United States District Judge